UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| SABA CAPITAL CEF OPPORTUNITIES 1, LTD., and SABA CAPITAL MANAGEMENT, L.P., | : |
| Plaintiffs, | : 21-CV-327 (JPO) |
| v. | : **NOTICE OF APPEAL** |
| NUVEEN FLOATING RATE INCOME FUND, NUVEEN FLOATING RATE INCOME OPPORTUNITY FUND, NUVEEN SHORT DURATION CREDIT OPPORTUNITIES FUND, NUVEEN GLOBAL HIGH INCOME FUND, NUVEEN SENIOR INCOME FUND; and TERENCE J. TOTH, JACK B. EVANS, WILLIAM C. HUNTER, ALBIN F. MOSCHNER, JOHN K. NELSON, JUDITH M. STOCKDALE, CAROLE E. STONE, MARGARET L. WOLFF, ROBERT L. YOUNG and MATTHEW THORNTON III, in their capacity as Trustees of the Nuveen Trusts, | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Notice is hereby given that Defendants Nuveen Floating Rate Income Fund, Nuveen Floating Rate Income Opportunity Fund, Nuveen Short Duration Credit Opportunities Fund, Nuveen Global High Income Fund, Nuveen Senior Income Fund, Terence J. Toth, Jack B. Evans, William C. Hunter, Albin F. Moschner, John K. Nelson, Judith M. Stockdale, Carole E. Stone, Margaret L. Wolff, Robert L. Young and Matthew Thornton III hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment of the United States District Court for the Southern District of New York (J. Paul Oetken, D.J.) entered on February 18, 2022 (ECF No. 60) pursuant to the Court's February 17, 2022 Opinion and Order (ECF No. 59).

Dated: New York, New York
       February 25, 2022

/s/ Scott D. Musoff
Scott D. Musoff
Eben P. Colby (admitted *pro hac vice*)
Marley Ann Brumme
Emily M. Jennings (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001-8602
(212) 735-3000
  -- and --
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
scott.musoff@skadden.com
eben.colby@skadden.com
marley.brumme@skadden.com
emily.jennings@skadden.com

*Counsel for Defendants Nuveen Floating Rate Income Fund, Nuveen Floating Rate Income Opportunity Fund, Nuveen Short Duration Credit Opportunities Fund, Nuveen Global High Income Fund, and Nuveen Senior Income Fund*

/s/ Robert A. Skinner (with consent)
Robert A. Skinner (admitted *pro hac vice*)
Amy D. Roy (admitted *pro hac vice*)
Adam R. Safadi (admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199-3600
(617) 951-7000
Robert.Skinner@ropesgray.com
Amy.Roy@ropesgray.com
Adam.Safadi@ropesgray.com

*Counsel for Defendants Terence J. Toth, Jack B. Evans, William C. Hunter, Albin F. Moschner, John K. Nelson, Judith M. Stockdale, Carole E. Stone, Margaret L. Wolff, Robert L. Young and Matthew Thornton III*